UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

DEVON FLETCHER,

                                                     Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                                                     Defendants.

----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

10 CV 5625 (KAM)(JO)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

       1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       April 18, 2011

| | |
|---|---|
| Joshua Fitch, Esq.<br>Attorney for Plaintiff<br>Cohen & Fitch, LLP<br>225 Broadway, Suite 2700<br>New York, New York 10007<br><br>By: _____<br>Joshua Fitch, Esq.<br>Attorney for Plaintiff | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 788-9736<br><br>By: _____<br>Noreen Stackhouse<br>Assistant Corporation Counsel |

SO ORDERED: _____
                     HON. KIYO A. MATSUMOTO, U.S.D.J.